THE STATE OF OHIO, APPELLEE, *v.* DOZANTI, APPELLANT.

[Cite as *State v. Dozanti* (1994), 71 Ohio St.3d 177.]

(No. 94–1262—Submitted October 24, 1994—Decided December 14, 1994.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Laurence R. Snyder,* Assistant Prosecuting Attorney, for appelleé.

*Synenberg & Marein, Mark B. Marein* and *John J. Ricotta,* for appellant.

---

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated therein.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents.